UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GELAZELA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01499-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS BY A NON-PRISONER OR PAY FILING FEE WITHIN 45 DAYS |

    Plaintiff is a former prisoner proceeding *pro se* in this case. Plaintiff submitted an Application to Proceed In Forma Pauperis by a Prisoner, but was not a prisoner when he filed this case. Moreover, Plaintiff's application is dated May 14, 2021, but the Court did not receive the application until October 8, 2021, which is almost five months later. Therefore, the Court will direct Plaintiff to file an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form).

    Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send Plaintiff an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form).
2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $402.00 filing fee for this action.

1

3. No requests for extension will be granted without a showing of good cause.

Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: __October 14, 2021__      /s/ *Erica P. Grosjean*
                                               UNITED STATES MAGISTRATE JUDGE