UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GELAZELA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 1:21-cv-01499-AWI-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 8) |

Mark Gelazela ("Plaintiff") is proceeding *pro se* in this action. On October 29, 2021, Plaintiff submitted an application to proceed in forma pauperis. (ECF No. 8). Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, Plaintiff's application to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

   Dated:  **November 2, 2021**                    /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE

1