UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GELAZELA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01499-AWI-EPG<br><br>ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR PERMISSION TO FILE DOCUMENTS THROUGH ECF/PACER<br><br>(ECF No. 14) |

　　　　Mark Gelazela ("Plaintiff") is a former prisoner proceeding *pro se* and *in forma pauperis* in this action.

　　　　On December 15, 2021, Plaintiff filed a motion to file electronically on the ECF/PACER system.  (ECF No. 14).  Plaintiff states that he is presently on home confinement and lacks the resources to print his filings in this case (he has no printer).  Plaintiff has filed electronically in the past in other cases and is familiar with how the system works.  Presently, every time Plaintiff has to file something, he has to setup permission and get transportation to go to a local mailing store to print his filings, which drastically slows down his filings and jeopardizes his timeliness.  Plaintiff asks to be given access to file electronically from this date forward.

　　　　Given Plaintiff's representations, the Court will grant Plaintiff's motion in part.  The Clerk of Court is directed to mail to Plaintiff the "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service."  Plaintiff shall be responsible for filing all documents in paper form until Plaintiff signs and returns the Clerk's "Petition by Pro Se Litigant for ECF Registration

1

and Consent to Electronic Service" form and is issued a login and password.  In addition, Plaintiff must provide to the clerk and must maintain a working email address.[1]

IT IS SO ORDERED.

Dated:   **December 16, 2021**              /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] While the Court is granting Plaintiff's request, the Court is in no way altering any terms of Plaintiff's release to home confinement.

2