UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GELAZELA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01499-AWI-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S REQUEST FOR UPDATE<br><br>(ECF No. 22) |

　　　　Mark Gelazela ("Plaintiff") is a former prisoner proceeding *pro se* and *in forma pauperis* in this action.

　　　　On August 15, 2022, Plaintiff filed a request for update. (ECF No. 22). Plaintiff notes that the undersigned issued findings and recommendations on March 22, 2022, and that Plaintiff filed his objections and request to sever on April 9, 2022. In the pending findings and recommendations, the undersigned recommended that "[t]his case proceed on Plaintiff's claim against defendant Moore for deliberate indifference to his serious medical needs in violation of the Eighth Amendment and Plaintiff's Federal Tort Claims Act claim against the United States based on the treatment Plaintiff received (or failed to receive) for his knee." (ECF No. 20, p. 23). The undersigned also recommended that all other claims and defendants be dismissed. (Id.). Plaintiff asks for an update in this matter.

1

At the outset of this case, the Court noted that "[t]his Court screens pro se plaintiffs' complaint[s] as expeditiously as possible.  However, the Court has an extremely large number of pro se plaintiff civil rights cases pending before it, and delay is inevitable.  As long as a party keeps the Court informed of the party's current address, the Court will provide notice of all actions which might affect the case as soon as an action is taken in the case.  The Court will not respond in writing to individual inquiries regarding the status of a case." (ECF No. 5, pgs. 3-4). Moreover, nothing has occurred in this case since April 9, 2022.  The screening findings and recommendations are currently before District Judge Anthony W. Ishii, who will issue an order addressing the findings and recommendations in due course.

The Court will take no further action on Plaintiff's request for update.

IT IS SO ORDERED.

Dated: __**August 16, 2022**__       /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE